UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------x
MOONEY FARMS, INC.,

               Plaintiff,

- against -

ZETA FOOD TRADING, INC.,

               Defendant.
-----------------------------------------------------X

2:18-cv-05542-CCC-SCM

**FINAL ORDER JUDGMENT BY DEFAULT AS TO DEFENDANT ZETA FOOD TRADING, INC.**

The matter having been opened to the Court by Plaintiff, Mooney Farms, Inc., ["Mooney"] by its attorneys Casey & Barnett, LLC, seeking the entry of Final Judgment by Default against Defendant Zeta Food Trading, Inc., ["Zeta"] pursuant to Fed .R. Civ. P. 55[b][2]; and it appearing that the Complaint in this matter was filed on April 5, 2018, seeking damages as a result of the breach of sale of a purchase order between Mooney and Zeta; and service of the Summons and Complaint having been effectuated with respect to Defendant Zeta by service upon the New Jersey Secretary of State on May 14, 2018; and it appearing that default was duly noted by the Clerk of the Court against Defendant Zeta for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown;

IT IS on this 29 day of May, 2019,

**ORDERED, ADJUDGED, AND DECREED** that Mooney Farms, Inc., have judgment against Zeta Food Trading, Inc., in the total amount of $260,549.79, comprised of the following:

    a. $167,578.55 for liquidated damages [invoice value, disposal costs and transportation invoices]; and

b. $92,971.24 for prejudgment interest.

_____
**HONORABLE CLAIRE C. CECCHI, U.S.D.J.**